IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOURNEY MEDICAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 26-202-WCB<br>ANDA Case |

**STIPULATION AND [PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION RELATED DEADLINES**

WHEREAS, Plaintiff Journey Medical Corporation ("Journey") has asserted U.S. Patent Nos. 10,905,664, 11,191,740, 11,364,212 and 12,594,252 ("Asserted Patents") against Defendants Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") in the above-captioned matter;

WHEREAS, in Lupin's Invalidity Contentions, dated July 10, 2026, and Lupin's Amended Invalidity Contentions, dated August 21, 2026, Lupin has asserted that certain claim terms of the Asserted Patents are indefinite ("Lupin's Indefiniteness Assertions");

WHEREAS, pursuant to the Scheduling Order (D.I. 24), the parties served their disclosures of proposed claim terms for construction, and neither party identified any claim terms for construction.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that:

1. In light of the fact that there are no claim terms that have been identified for construction for the Asserted Patents, the parties agree that the following case deadlines regarding claim construction and the *Markman* hearing are VACATED:

| **EVENT** | **DEADLINE** |
| --- | --- |
| Parties Exchange Proposed Claim Constructions | September 10, 2026 |
| Parties File Joint Claim Construction Chart | September 17, 2026 |
| Plaintiff Serves Opening Claim Construction Brief | October 8, 2026 |
| Defendants Serve Answering Claim Construction Brief | November 9, 2026 |
| Plaintiff Serves Reply Claim Construction Brief | November 30, 2026 |
| Defendants Serve Sur-Reply Claim Construction Brief | December 21, 2026 |
| Parties File Joint Claim Construction Brief | January 4, 2027 |
| Parties Meet and Confer Regarding Amended Joint Claim Construction Chart | No earlier than three weeks before the claim construction hearing and no later than two weeks before the claim construction hearing |

| | |
|---|---|
| Parties File Amended Joint Claim Construction Chart | 7 days after meet and Confer Regarding Amended Joint Claim Construction Chart |
| Claim Construction Hearing | May 19, 2027 |

2. The parties further agree that the following case deadlines, which depended on the issuance of a claim construction order are AMENDED AS FOLLOWS:

| EVENT | ORIGINAL DEADLINE | AMENDED DEADLINE |
|---|---|---|
| Defendants Serve Final Election of Asserted Prior Art | 28 days after the Court issues a claim construction order | May 18, 2027 |
| Plaintiff Serves Final Election of Asserted Claims | 14 days after service of Final Election of Asserted Prior Art | June 1, 2027 |

3. The parties further agree Lupin may raise its Indefiniteness Assertions as part of expert discovery in accordance with the dates set forth in the Scheduling Order (D.I. 24) and Journey may respond accordingly. The parties agree that if Lupin does raise its Indefiniteness Assertions, it will only argue that the claim terms it identified in its Invalidity Contentions are indefinite and will not offer any construction of those identified claim terms.

Dated: September 17, 2026

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Plaintiff*

***OF COUNSEL***
Sanya Sukduang
Jonathan Davies
Rachel Preston
John Habibi
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001
(202) 662-0200
sanya.sukduang@nortonrosefulbright.com
jonathan.davies@nortonrosefulbright.com
rachel.preston@nortonrosefulbright.com
john.habibi@nortonrosefulbright.com

Jaime Stark
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
(713) 651-5151
jaime.stark@nortonrosefulbright.com

Sophia Poirier
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
(512) 474-5201
sophia.poirier@nortonrosefulbright.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Daniel G. Mackrides*
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants*

***OF COUNSEL***
Kurt Mathas
Ivan Poullaos
WINSTON TAYLOR LLP
300 N. La Salle Dr., Suite 4400
Chicago, IL 60654
(312) 558-5600
kurt.mathas@winstontaylor.com
ivan.poullaos@winstontaylor.com

Sharon Lin
WINSTON TAYLOR LLP
1901 L Street, NW
Washington DC 20036
(202) 282-5000
sharon.lin@winstontaylor.com

Michael F. Pezzulli Jr.
WINSTON TAYLOR LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
michael.pezzulli@winstontaylor.com

**SO ORDERED** this ______ day of ____________________, 2026.

____________________________________
The Honorable William C. Bryson