IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOURNEY MEDICAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 26-202-WCB<br>ANDA CASE |

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

WHEREAS, the parties stipulated to modify certain scheduling order deadlines (D.I. 43);

WHEREAS, the Court issued an Oral Order on September 18, 2026, proposing additional changes to the Scheduling Order and directing the parties to respond by September 25, 2026 (D.I. 44); and

WHEREAS, the parties accept the Court's proposals;

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that the Scheduling Order (D.I. 24) is amended as follows. All deadlines, other than those deadlines vacated by the parties' previous stipulation (D.I. 43) and those deadlines modified herein, remain unchanged.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Final Election of Asserted Prior Art | 28 days after the Court issues a claim construction order | April 20, 2027 |
| Final Election of Asserted Claims | 14 days after service of Final Election of Asserted Prior Art | May 4, 2027 |
| Close of Fact Discovery | June 1, 2027 | May 18, 2027 |
| Deadline for Defendants to file a motion directed to indefiniteness | N/A | October 22, 2027 |
| Plaintiff's responsive brief on indefiniteness | N/A | November 5, 2027 |
| Defendants' reply brief on indefiniteness | N/A | November 12, 2027 |

*_/s/ Nathan R. Hoeschen_*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiff*

*_/s/ Daniel G. Mackrides_*
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com
*Attorneys for Defendants*

Dated: September 24, 2026

SO ORDERED this 24th day of September, 2026.

WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE